IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE<br>ROBERT R. WEEDN,<br>DEBTOR | § § § § | CASE NO. 07-36955<br>(Chapter 11) |

**ATTORNEY'S FEES AND OUT-OF-POCKET EXPENSES
IN SUPPORT OF SUSIE COFFMAN WEEDN'S (1) OBJECTION TO
DEBTOR'S APPLICATION NUNC PRO TUNC FOR AUTHORITY
TO EMPL0Y SPECIAL COUNSEL PURSUANT TO 11 U.S.C.
§ 327(e), and (2) REQUEST FOR DISGORGEMENT OF RETAINER**

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

Comes now Susie Coffman Weedn ("SCW"), and files the attached statement of fees and out-of-expenses concerning the (1) Objection to Debtor's Application Nunc Pro Tunc for Authority to Employ Special Counsel Pursuant to 11 U.S.C. § 327(e), and (2) Request for Disgorgement of Retainer.

Respectfully submitted this 12th day of August 2008.

_/s/ Leonard H. Simon_
_____
Leonard H. Simon, Esq.
TBN: 18387400; SDOT: 8200
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 528-8555 (Main)
(713) 737-8207 (Direct)
(832) 202-2810 (Telecopy)
lsimon@pendergraftsimon.com
ATTORNEY IN CHARGE FOR
SUSIE COFFMAN WEEDN

1

OF COUNSEL:

**PENDERGRAFT & SIMON**
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 528-8555 (Main)
(832) 202-2810 (Telecopy)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served on Allison Jones by telecopy and the below parties through the ECF system on this 12th day of August 2008.

Margaret Maxwell McClure
Melissa Louise
Ferdinand P Cribbs
Michael J Darlow
John P Dillman
Jennifer L Davis
Dennis M Dylewski
Patricia Hair
Anne Marie Laney
Andrew P McCormick ,
Bruce J Ruzinsky
Ellen Maresh Hickman
Stephen Douglas Statham
Stephen Gerard Wilcox

_____
Leonard H. Simon

**PENDERGRAFT & SIMON L.L.P.**
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, TX 77019

---

Ph: 713-528-8555  Fax: 713-868-1267

Date:  08/ 12/08

Attention:  Client Number:  9073
Weedn, Susie  Invoice Number: 312
P.O. Box 775
Tomball, Texas  77377

RE:    Jones Engagement Application

**FEES:**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| May 30/08 | LHS | Meeting with client regarding funds received from Fullenweider law firm and transfered to Allison Jones through Dylewsky's firm's accounts; preparation and filing of Motion to Compel Jones to Account for Funds Received From RRW and to Compel Jones to Disgorge. | 3.00 | $1,350.00 |
| Jun 03/08 | LHS | Review Statement of Attorneys Regarding Retainers file by Ms. McClure. | 1.50 | $675.00 |
| Jun 05/08 | LHS | Review Application to Employ Allison Jones filed on this date. | 0.20 | $90.00 |
| Jun 10/08 | LHS | Analyse Statement of Attorneys; Prepare and file Objection to Debtor's Application to Employ Jones and Request for Disgorgement; prepare and file advisory to the Court. | 4.00 | $1,800.00 |
| Jul 23/08 | LHS | Conduct research; prepare and file Memorandum of Law; Prepare Exhibit and Witness List and tend to filing same; assemble exhibits. | 3.80 | $1,710.00 |
| Jul 24/08 | LHS | Prepare for, attend and conduct first day of hearings. | 4.50 | $2,025.00 |
| Jul 24/08 | WPH | Preparation for hearing | 2.00 | $350.00 |
| Jul 24/08 | WPH | Attendance at court | 2.00 | $350.00 |
| Jul 29/08 | LHS | Prepare for, attend and conduct second day of hearings; meetings with client. | 4.50 | $2,025.00 |
| Jul 29/08 | WPH | Preparation for hearing | 1.00 | $175.00 |
| Jul 29/08 | WPH | Attendance at court | 1.50 | $262.50 |
| Aug 06/08 | LHS | Prepare for, attend and conduct third day of hearings; meetings with client. | 4.50 | $2,025.00 |
| Aug 08/08 | LHS | Prepare for, attend and conduct final day of hearings; meetings with client; | 4.50 | $2,025.00 |
| Aug 11/08 | LHS | Prepare and file brief; prepare attorney's fees statement for the Court. | 3.00 | $1,350.00 |

| | | | | | |
|---|---|---|---|---|---|
| Current Fees: | | | | | $16,212.50 |

Timekeeper Summary:

| | | | | | | |
|---|---|---|---|---|---|---|
| LHS | Leonard H. Simon | 33.50 | Hrs | $450.00 | /hr | $15,075.00 |
| WPH | William P. Haddock | 6.50 | Hrs | $175.00 | /hr | $1,137.50 |

Expenses:

| | |
|---|---|
| Current Expenses: | $0.00 |
| Total Amount for this Bill | $16,212.50 |
| Retainer Used | $0.00 |
| Retainer Balance | $0.00 |
| Current Fees, Expenses | $16,212.50 |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due** | **$16,212.50** |